

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00386-CR

_____

MICHAEL OSHEA WHITE, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1451976R

---

Before Birdwell, Bassel, and Womack, JJ.
Memorandum Opinion by Justice Birdwell

# MEMORANDUM OPINION

Michael Oshea White, proceeding pro se, filed a notice of appeal from the trial court's alleged denial of his "Motion for Court Records for [Habeas] Corpus Proceedings."[1] We sent White a letter expressing our concern that we do not have jurisdiction because the trial court has not entered any appealable orders. We informed him that unless he filed a response showing grounds for continuing the appeal, we would dismiss it. *See* Tex. R. App. P. 44.3. Although we granted several extensions of time for White to respond to our letter, he did not.

In a criminal appeal, we generally have jurisdiction only upon a final judgment of conviction. *See* Tex. Code Crim. Proc. Ann. art. 44.02; *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). The trial court has not signed a final judgment of conviction or another order from which White may appeal. We therefore dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *McKown*, 915 S.W.2d at 161.

/s/ Wade Birdwell
Wade Birdwell
Justice

---

[1]In this motion, White asked the trial court to permit him to review transcripts relating to a conviction from which he was seeking postconviction relief. In 2017, we affirmed White's convictions for two counts of aggravated sexual assault and for one count of aggravated assault on a family member. *White v. State*, No. 02-16-00207-CR, 2017 WL 2289096, at *5 (Tex. App.—Fort Worth May 25, 2017, pet. ref'd) (mem. op., not designated for publication). We have not received an order denying White's motion to review the transcripts.

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  February 14, 2019